AO 455(Rev. 5/85) Waiver of Indictment

FILED

AUG - 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| ANTONIO BARRAZA-COTA | CASE NUMBER: 08CR2605 H |

I, <u>ANTONIO BARRAZA-COTA</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __8/7/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*ANTONIO BARRAZA*
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer